# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| DAVID DATE, JR.,<br><br>                              Plaintiff,<br><br>       v.<br><br>SONY ELECTRONICS, INC. and ABC APPLIANCE, INC. d/b/a/ ABC WAREHOUSE,<br><br>                              Defendants. | Case No. 2:07-cv-15474-PDB-RSW<br><br>Hon. Paul D. Borman<br><br>Date:  March 17, 2008<br>Time: 11:00 a.m. |
| Nancy Sher Cohen<br>Ronald A. Valenzuela<br>HELLER EHRMAN LLP<br>333 South Hope Street, 39th Floor<br>Los Angeles, CA 90071-3043<br>(213) 689-0200<br><br>Attorneys for Sony Electronics Inc. and ABC Appliance, Inc.<br><br><br>Richard Zuckerman<br><br>HONIGMAN MILLER SCHWARTZ AND COHEN LLP<br>2290 First National Building<br>Detroit, Michigan  48226<br>(313) 465-7618<br><br><br><br>Attorneys for Sony Electronics Inc. | Lance A. Raphael<br>THE CONSUMER ADVOCACY CENTER, P.C.<br>180 West Washington Street, Suite 700<br>Chicago, IL  60602<br>(312) 782-5808<br><br>Alan Mansfield<br>John Hanson<br>ROSNER & MANSFIELD, LLP<br>10085 Carroll Canyon Road, First Floor<br>San Diego, CA  92131<br>(858) 348-1005<br><br>Dani K. Liblang<br>LIBLANG & ASSOCIATES, P.C.<br>260 East Brown Street, Ste. 320<br>Birmingham, MI 48009<br><br>Attorneys for David Date, Jr. |

## JOINT APPLICATION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION

PLEASE TAKE NOTICE that on March 17, 2008, at 11:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Paul D. Borman, Courtroom 737, located at Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226, Plaintiff David Date, Jr. and Defendants Sony Electronics Inc. and ABC Appliance, Inc. dba ABC Warehouse will and hereby do jointly apply for preliminary approval of the settlement of the above captioned class action.

The joint application for preliminary approval of the proposed settlement will be based on this Joint Application, the Memorandum of Points and Authorities in Support thereof, the Declarations of Alan Mansfield, Ronald A. Valenzuela, Jeff Goldstein, Jean-Pierre Guillou, and the Honorable Howard B. Wiener, the Certification of Lance Raphael Pursuant to 28 U.S.C. § 1746, and the Request for Judicial Notice submitted herewith, including all exhibits thereto, and the pleadings and other papers on file herein, and upon such other matters as may be deemed appropriate by the Court.

Dated:  March 12, 2008          Respectfully submitted,

LIBLANG & ASSOCIATES, P.C.


By  s/ with consent of Dani K. Liblang
      Dani K. Liblang

Attorneys for Plaintiff

- 1 -

HELLER EHRMAN LLP


By  s/Ronald A. Valenzuela
    Ronald A. Valenzuela

Attorneys for Defendants Sony Electronics Inc. and
ABC Appliance, Inc.

## CERTIFICATE OF SERVICE

I, Debora Biggers, declare as follows:

I am employed with the law firm of Heller Ehrman LLP, whose address is 333 South Hope Street, 39th Floor, Los Angeles, CA 90071-3043. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

I hereby certify that on March 12, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of each filing to the following:  **Dani K. Liblang**, **Douglas C. Salzenstein** and **Richard E. Zuckerman** and I hereby certify that I have mailed by United States Postal Service the pages to the following non-ECF participants:

**Lance A. Raphael**
**THE CONSUMER ADVOCACY**
   **CENTER, P.C.**
180 West Washington Street
Suite 700
Chicago, IL  60602
Telephone:  (312) 782-5808

**Alan Mansfield**
**John Hanson**
**ROSNER & MANSFIELD, LLP**
10085 Carroll Canyon Road
First Floor
San Diego, CA  92131
Telephone:  (858) 348-1005

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Los Angeles, California on March 12, 2008.

Debora Biggers

Heller Ehrman LLP
333 South Hope Street, 39th Floor
Los Angeles, CA  90071-3034
Telephone:  (213) 689-0200