UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DATE, JR., Individually and On Behalf of
All Others Similarly Situated,

                Plaintiff,         Case No. 07-cv-15474-PDB-RSW

  v.                               **Judge:** Hon. Paul D. Borman
                                    **Magistrate:** Hon. Steven Whalen

SONY ELECTRONICS, INC. and ABC
APPLIANCE, INC. d/b/a ABC WAREHOUSE,

                Defendants.

---

| | |
|---|---|
| Lance A. Raphael | Nancy Sher Cohen |
| The Consumer Advocacy Center, P.C. | Ronald Valenzuela |
| 180 W. Washington, Suite 180 | Heller Ehrman LLP |
| Chicago, Illinois  60602 | 333 South Hope Street, 39th Floor |
| (312) 782-5808 | Los Angeles, California  90071-3043 |
| | (213) 689-0200 |
| Dani K. Liblang | |
| Liblang & Associates | Richard Zuckerman |
| 260 East Brown Street, Suite 320 | Douglas Salzenstein |
| Birmingham, Michigan  48009 | Honigman Miller Schwartz and Cohen LLP |
| | 2290 First National Building |
| Alan Mansfield | Detroit, Michigan  48226 |
| John Hanson | (313) 465-7618 |
| Rosner & Mansfield LLP | |
| 10085 Carroll Canyon Road, First Floor | |
| San Diego, CA 92131 | |
| (858) 348-1005 | |
| | |
| Attorneys for Plaintiff | Attorneys for Sony Electronics, Inc. and ABC Appliance, Inc. |

**ORDER RE FILING OF PLAINTIFF'S SECOND AMENDED COMPLAINT**

GOOD CAUSE APPEARING, the Parties' Agreed Motion for an Order Permitting Plaintiff to File his Second Amended Complaint is GRANTED.  It is hereby ORDERED that:

1. Plaintiff's Second Amended Complaint is deemed filed as of the date of the issuance of this Order.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: March 19, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 19, 2008.

s/Denise Goodine
Case Manager