**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DAVID DATE, JR.,

        Plaintiff,                      Case Number: 07-15474

v.                                               JUDGE PAUL D. BORMAN
                                                 UNITED STATES DISTRICT COURT

SONY ELECTRONICS, INC. and ABC
APPLIANCE INC. d/b/a ABC WAREHOUSE,

        Defendants.
_____ /

**ORDER REQUESTING INFORMATION**

To: Defendant:

1. How many people complained to Sony about not being able to display a 1080p signal from their computer? What is the specific language that a complainant had to use and/or the specific terms that had to be mentioned to qualify? How many call-in people qualify for Benefit I?

    Reply by sworn affidavit.

2. What was the MSRP of the Sony 1080p televisions and what was the MSRP of the Sony 1080i televisions during the time period at issue?

3. Plaintiff's counsel stated that there are approximately 175,000 televisions sets at issue in the case. Is this correct? If not, please provide the correct number.

To: Plaintiff and Defendant:

    How many people do you estimate will qualify for Benefit II and for Benefit III? On what do you base these estimates?

To: Plaintiff, Defendant and Objector Handler:

1

> Provide to the Court one stipulated-to ATSC standard specifying/defining/explaining 1080p.

All parties, please provide this information by December 2, 2008.

SO ORDERED.

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: November 21, 2008

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 21, 2008.

                                          s/Denise Goodine
                                          Case Manager