# EXHIBIT C

| WARREN | 8581 E Ten Mile, Centerline, MI 48015 | 586-755-9000 | GRAND RAPIDS | 3630 28th St., S.E. Kentwood, MI 49512 | 616-957-1110 | NOVI | 3608 West Oaks Dr., Novi, MI 48377 | 248-348-28 |
| WATERFORD | 2455 Elizabeth Lk. Rd., Waterford, MI 48328 | 248-683-1660 | JENISON | 240 Chicago Dr., Jenison, MI 49428 | 616-457-1002 | CHESTERFIELD | 51800 Gratiot, Chesterfield, MI 48051 | 586-949-27 |
| FLINT | 4247 Miller Rd., Flint, MI 48507 | 810-732-8920 | LANSING | 5744 S. Pennsylvania, Lansing, MI 48911 | 517-887-1885 | PORT HURON | 4134 24th Ave., Fort Gratiot, MI 48059 | 810-385-95 |
| REDFORD | 27200 Joy Rd., Redford, MI 48239 | 313-037-2100 | SOUTHGATE | 16605 Eureka, Southgate, MI 48195 | 734-283-9400 | MT. PLEASANT | 1907 S. Mission St., Mt. Pleasant, MI 48858 | 989-775-33 |
| FARM. HILLS | 29563 Orchard Lk. Rd., Farm. Hills, MI 48334 | 248-539-0090 | LAKESIDE | 15477 Hall Rd., Macomb Twp., MI 48044 | 586-247-7710 | BENTON HARBOR | 1345 Mall Dr., Benton Harbor, MI 49022 | 269-925-26 |
| MT. CLEMENS | 35200 Gratiot, Clinton Twp., MI 48035 | 586-791-1000 | SHELBY TWP. | 48825 Van Dyke, Shelby Twp., MI 48317 | 586-739-1010 | KALAMAZOO | 6695 S. Westnedge, Portage, MI 49002 | 269-327-98 |
| TROY | 244 W. Maple, Troy, MI 48084 | 248-362-5151 | SOUTHFIELD | 24725 Southfield Rd., Southfield, MI 48075 | 248-557-3570 | BATTLE CREEK | 5700 Beckley Rd., Battle Creek, MI 49015 | 269-979-76 |
| ANN ARBOR | 590 W. Eisenhower Pkwy., Ann Arbor, MI 48103 | 734-669-0200 | DEARBORN | 15253 Michigan Ave., Dearborn, MI 48126 | 313-584-5300 | JACKSON | 960 N. West Ave., Jackson MI 49202 | 517-708-74 |
| BRIGHTON | 8540 W. Grand River Ave., Brighton MI 48116 | 810-229-2130 | CANTON | 41690 Ford Rd., Canton, MI 48187 | 734-981-7780 | TRAVERSE CITY | 3500 Market Place Circle, Traverse City, MI 40884 | 231-929-28 |
| | | | | | | CADILLAC | 6719 E. Boon Rd., Cadillac, MI 49601 | 231-779-8 |
| | | | | | | GAYLORD | 1519 West M 32, Gaylord, MI 49735 | 989-705-7 |
| | | | | | | MUSKEGON | 1959 E. Sherman Blvd., Muskegon, MI 49444 | 231-733-7 |
| | | | | | | SAGINAW | 4150 Bay Rd., Saginaw, MI 48603 | 989-792-4 |
| | | | | | | BAY CITY | 4160 E. Wilder Rd., Bay City, MI 48706 | 989-684-4 |
| | | | | | | HOLLAND | 12810 Felch Rd., Holland, MI 49424 | 616-786-4 |
| | | | | | | SYLVANIA | 5515 Monroe St., Sylvania, OH 43560 | 419-882-4 |
| | | | | | | TOLEDO | 1430 S. Reynolds, Toledo, OH 43615 | 419-382-8 |
| | | | | | | OREGON, OH | 3012 Navarre Rd., Oregon, OH 43616 | 419-693-4 |
| | | | | | | FINDLAY, OH | 1925 East Tiffin Ave., Findlay, OH 45840 | 419-429-0 |
| | | | | | | LIMA, OH | 3465 Elida Rd., Lima, OH 45807 | 419-224-2 |
| | | | | | | MANSFIELD, OH | 2360 West Fourth St., Mansfield, OH 44906 | 419-747-1 |
| | | | | | | MISHAWAKA, IN | 5517 Grape Rd., Mishawaka, IN 46545 | 574-273-0 |
| | | | | | | ELKHART, IN | 3701 South Main St., Elkhart, IN 46517 | 574-875-9 |

**ABC WAREHOUSE**

| DATE | INVOICE NO. |
|---|---|
| 03-31-06 | A42 160765 |

A42 160765  15:24

BILL TO: 7346971448
DAVID DATE JR
19950 CRANDELL CT
BELLEVILLE  MI 48111

SHIP TO: 7346971448
DAVID DATE JR
19950 CRANDELL CT
BELLEVILLE  MI 48111

| ACCOUNT NUMBER | PURCHASE ORDER NO. | DATE SHIPPED | TERMS |
|---|---|---|---|
| FBEN | | 04-01-06 | / |

DD ORDER

MERCHANT IDENTIFICATION
246

| SALES NUMBER / NAME | | | | |
|---|---|---|---|---|
| 246 | RANDY SIMPSON | | 3987 | CRAIG WRIGHT |

SPECIAL INSTRUCTIONS

WILLIS SUMPTER

ACCOUNT NO.    EXP. DATE
CARD TYPE  TRANS. TYPE   S/C   AUTH. NO.
TRANS. DATE   REF. NO.   AMOUNT

| ITEM NUMBER | | ITEM DESCRIPTION | UNIT | QTY. ORD. | QTY. SHP. | B/O | UNIT PRICE | AMOUNT | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 24860 | SNY | KDSR50XBR 1 50" SXRD HDTV | EA | 1 | 0 | 0 | 2606.00 | 2606.00 | P/U ABC | DATE 04-01-06 |
| 95463 | AAA | 5YR.HDTV 40"-53" WAR PLUS | | 1 | 0 | 0 | 369.95 | 369.95 | A42 | 04-01-06 |
| 90002 | AAA | DELIVER ONLY $190 | EA | 1 | 0 | 0 | 19.99 | 19.99 | A42 | 04-01-06 |
| 90050 | AAA | DELIVERY MAIL-IN REBATE | | 1 | 0 | 0 | | | A42 | 04-01-06 |
| 95086 | AAA | BENEFICIAL FINANCE | | 1 | 0 | 0 | | | A42 | 04-01-06 |

| | | | |
|---|---|---|---|
| | CASH: .00 | SALES AMT. | 2995.94 |
| CHECK # 575 | CHECK: 1000.00 /? | TAX | 157.56 |
| MONTHLY PAYMENTS 81.13 | CREDIT CARD: .00 | | .00 |
| FINANCE CHARGES 767.18 | CHARGE: 2153.50 | TOTAL | |
| TOTAL PAYMENTS 2370.66 | OTHER: .00 | | 3153.50 |
| NUMBER OF PAYMENTS 25 | | | |

OPEN  PAYABLE IN U.S. FUNDS  RELEASE

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

**SALE ACKNOWLEDGED AND DRAFT ACCEPTED**
Customer acknowledges receipt of goods and understands terms of sale as outlined on both sides of this document.

X _____
CARDHOLDER SIGNATURE

AGREEMENT MUST BE APPROVED BY MANAGEMENT
Customer acknowledges receipt of goods and understands terms of sale as outlined on both sides of this document including the Warranty Plus Application.

Stock Release _____
Cust. Signature X _____  Witness _____

INVOICE

586207