UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

David Date Jr, et al.,

                Plaintiff(s),

v.                                          Case No. 2:07-cv-15474-PDB-RSW
                                                Hon. Paul D Borman

Sony Electronics, Incorporated,
et al.,

                Defendant(s).

_____

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before the Honorable Paul D Borman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan. The following motion(s) are scheduled for hearing:

        Motion to Dismiss – #125
        Motion to Dismiss – #127

- RESPONSE DUE:  07/02/2010

- REPLY DUE:  07/16/2010

- MOTION HEARING:  9/1/10 at 02:00 PM


**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                        By: s/ D. Goodine
                              Case Manager

Dated:  June 14, 2010