UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DATE, JR. and ELIOT HANDLER,
Individually and On Behalf of All Others
Similarly Situated,

   Plaintiffs,

vs.

SONY ELECTRONICS, INC. and ABC APPLIANCE,
INC., d/b/a ABC WAREHOUSE,

   Defendants.

Case No. 07-CV-15474

Honorable Paul D. Borman
Magistrate Judge R. Steven Whalen

ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND THE DATES
FOR THE BRIEFING OF PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION

  GOOD CAUSE appearing, Plaintiffs' *Ex Parte Motion to Extend the Dates for the Briefing of Plaintiffs' Motion for Class Certification* is GRANTED.  It is hereby ORDERED that:

  1. Plaintiffs may file their motion for class certification, including any expert reports in support of that motion on or before January 3, 2011.

SO ORDERED.

             S/Paul D. Borman
             PAUL D. BORMAN
             UNITED STATES DISTRICT JUDGE

Dated:  November 1, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 1, 2010.

                                                  S/Denise Goodine
                                                  Case Manager