UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID DATE, JR., and ELLIOT HANDLER, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SONY ELECTRONICS, INC. and ABC APPLIANCE, INC., d/b/a ABC WAREHOUSE,<br><br>　　　　Defendants. | Case No. 07-CV-15474<br><br>Honorable Paul D. Borman<br>Magistrate Judge R. Steven Whalen<br><br>**DECLARATION OF JOSHUA LARSON IN SUPPORT OF SONY ELECTRONICS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** |

*Counsel for Plaintiffs:*
Dani K. Liblang (P33713)
LIBLANG & ASSOCIATES
346 Park St., Suite 200
Birmingham, Michigan 48009
(248) 540-9270
danil@lemonlawyers.com

Lance A. Raphael (IL 6216730)
CONSUMER ADVOCACY CENTER, P.C.
180 West Washington, Suite 700
Chicago, Illinois 60602
(312) 782-5808
lance@caclawyers.com

Alan Mansfield (CA 125988)
CONSUMER LAW GROUP OF CALIFORNIA
9466 Black Mountain Rd., Suite 225
San Diego, CA 92126
(619) 308-5034
alan@clgca.com

Brian S. Kabateck (CA 152054)
KABATECK BROWN KELLNER LLP
644 S. Figueroa St.
Los Angeles, CA 90071
(213) 217-5000
bsk@kbklawyers.com

Darren T. Kaplan (NY 2447381)
CHITWOOD HARLEY HARNES LLP
1230 Peachtree, NE, Suite 2300
Atlanta, GA 30309
(888) 873-3999
dkaplan@chitwoodlaw.com

*Counsel for Defendants:*
Clarence L. Pozza Jr. (P24168)
Thomas W. Cranmer (P25252)
Robert J. Wierenga (P59785)
Kimberly K. Kefalas (P64949)
MILLER, CANFIELD, PADDOCK AND STONE, PLC
150 W. Jefferson Suite 2500
Detroit, Michigan 48226-4415
(313) 496-7756

1. I, Joshua Larson, hereby submit this Declaration to provide my testimony in the above-captioned matter. I am over the age of 18 and am competent to testify to the facts stated herein. All statements made herein are based upon my personal knowledge.

2. I am currently employed by Sony Electronics Inc. as a Manager of Mechanical Engineering.

3. My job responsibilities have included since 1994 working with the packaging design department to finalize the appearance of cartons for Sony televisions. In particular, I am very familiar with the cartons that were used for production of new KDS-R60XBR1 and KDS-R50XBR1 model televisions (collectively, "XBR1 models").

4. To the best of my knowledge and recollection, the photographs attached at Exhibits A-M are true and accurate representations of the cartons that were used to ship the new XBR1 model televisions in 2005 and 2006. This was the only box design used in conjunction with the XBR1 model televisions.

5. I understand that plaintiffs have raised the question as to whether these boxes are the original boxes used to ship the XBR1 model televisions in 2005 and 2006 based on a white sticker on the cartons that indicates that the televisions currently in the cartons have been refurbished. The cartons pictured are the same design cartons that were used in 2005 and 2006 with new production of the XBR1 model televisions.

6. Sony did not design or implement a different "refurbished" carton for the XBR1 model televisions. Instead, Sony designated the televisions in the cartons as being refurbished by use of the sticker alone. Exhibits N-O. To the best of my knowledge and recollection, the words and images printed on the boxes pictured in Exhibits A-M are

identical to the words and images printed on all of the other boxes in which XBR1 model televisions were sold.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of November, 2010, in San Diego, California.

Joshua Larson