UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DATE, JR. and ELIOT HANDLER,
Individually and On Behalf of All Others
Similarly Situated,

        Plaintiffs,

vs.

SONY ELECTRONICS, INC. and ABC
APPLIANCE, INC., d/b/a ABC
WAREHOUSE,

        Defendants.

Case No. 07-CV-15474

Honorable Paul D. Borman

Magistrate Judge R. Steven Whalen

_____/

| MILLER, CANFIELD, PADDOCK & STONE, PLC | CHITWOOD HARLEY HARNES LLP |
|---|---|
| Attorneys for Defendants | Darren T. Kaplan (*pro hac vice*) |
| Clarence L. Pozza Jr. (P24168) | Attorneys for Plaintiffs |
| Thomas W. Cranmer (P25252) | 1230 Peach Street, NE |
| Robert J. Wierenga (P59785) | 2300 Promenade II |
| Kimberly K. Kefalas (P64949) | Atlanta, GA 30309 |
| 150 West Jefferson, Suite 2500 | Telephone: (404) 873-3900 |
| Detroit, MI 48226-4415 | Facsimile: (404) 876-4476 |
| Telephone: (313) 496-7756 | Dkaplan@chitwoodlaw.com |
| pozza@millercanfield.com | |

_____/

**STIPULATED ORDER WITHDRAWING PLAINTIFFS' MOTION TO COMPEL**

Plaintiffs and Defendants in the above-captioned matter, hereby submit this stipulated order withdrawing Plaintiffs' Motion to Compel Complete Responses to Plaintiffs' Request for Production of Documents.

Respectfully submitted,

| | |
|---|---|
| s/Robert J. Wierenga | s/Darren T. Kaplan |

MILLER, CANFIELD, PADDOCK & STONE, PLC
Clarence L. Pozza Jr. (P24168)
Thomas W. Cranmer (P25252)
Robert J. Wierenga (P59785)
Kimberly K. Kefalas (P64949)
Attorneys for Defendants
150 West Jefferson, Suite 2500
Detroit, MI 48226-4415
Telephone: (313) 496-7756
pozza@millercanfield.com

CHITWOOD HARLEY HARNES LLP
Darren T. Kaplan (*pro hac vice*)
1230 Peach Street, NE
2300 Promenade II
Atlanta, GA 30309
Telephone: (404) 873-3900
Dkaplan@chitwoodlaw.com

THE CONSUMER ADVOCACY CENTER, P.C.
Lance A. Raphael
Stacy M. Bardo
Allison Krumhorn
180 W. Washington St., Ste. 700
Chicago, IL 60602
Telephone: (312) 782-5808
lance@caclawyers.com

LIBLANG & ASSOCIATES
Dani K. Liblang
260 East Brown Street, Suite 320
Birmingham, Michigan 48009
Telephone: (248) 540-9270

CONSUMER LAW GROUP OF AMERICA
Alan Mansfield
9466 Black Mountain Road, Suite 225
San Diego, CA 92126
Telephone: (619) 308-5034
alan@clgca.com

KABATECK BROWN KELLNER LLP
Brian S. Kabateck
Richard L. Kellner
Alfredo Torrijos
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
rlk@kbklawyers.com

Attorneys for Plaintiffs

Date: November 29, 2010

       IT IS SO ORDERED.

Date: _____, 2010         _____
Detroit, Michigan                           R. Steven Whalen
                                               UNITED STATES MAGISTRATE JUDGE