UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DATE, JR. and ELLIOT
HANDLER, Individually and On Behalf of All
Others Similarly Situated,

        Plaintiffs,

vs.

SONY ELECTRONICS, INC. and ABC
APPLIANCE, INC. d/b/a ABC
WAREHOUSE,

        Defendants.

Case No. 07-CV-15474

Honorable Paul D. Borman
Magistrate Judge R. Steven Whalen

_____

*Counsel for Plaintiffs:*

| | | |
|---|---|---|
| Dani K. Liblang (P33713) | Lance A. Raphael (IL 6216730) | Alan Mansfield (CA 125988) |
| LIBLANG & ASSOCIATES | CONSUMER ADVOCACY | CONSUMER LAW |
| 346 Park St., Suite 200 | CENTER, P.C. | GROUP OF CALIFORNIA |
| Birmingham, Michigan 48009 | 180 West Washington, Suite 700 | 9466 Black Mountain Rd., |
| (248) 540-9270 | Chicago, Illinois 60602 | Suite 225 |
| danil@lemonlawyers.com | (312) 782-5808 | San Diego, CA 92126 |
| | lance@caclawyers.com | (619) 308-5034 |
| | | alan@clgca.com |
| Brian S. Kabateck (CA 152054) | Darren T. Kaplan (GA 2447381) | |
| KABATECK BROWN | CHITWOOD HARLEY | |
| KELLNER LLP | HARNES LLP | |
| 644 S. Figueroa St. | 1230 Peachtree, NE, Suite 2300 | |
| Los Angeles, CA 90071 | Atlanta, GA 30309 | |
| (213) 217-5000 | (888) 873-3999 | |
| bsk@kbklawyers.com | dkaplan@chitwoodlaw.com | |

*Counsel for Defendants:*
Clarence L. Pozza Jr. (P24168)
Thomas W. Cranmer (P25252)
Robert J. Wierenga (P59785)
Kimberly K. Kafalas (P64949)
MILLER, CANFIELD, PADDOCK & STONE, PLC
150 W. Jefferson Suite 2500
Detroit, Michigan 48226-4415
(313) 496-7756

**PLAINTIFFS' AMENDED MOTION**
**TO EXTEND THE FACT DISCOVERY CUT-OFF DATE**

1

Plaintiffs, by and through their attorneys, hereby move to extend the fact discovery cut-off date, stating as follows:

1.  Fact-discovery is currently set to close on January 20, 2011. However, given the nature of Defendants' discovery responses thus far, Plaintiffs respectfully request a 90-day extension of time to conduct discovery.

2.  For instance, as part of its rolling production, by August 27, 2010, Sony had produced more than six hundred thousand (600,000) pages of documents. Then, on September 7, 2010, Sony produced another forty-one thousand (41,000) pages of documents. And as recently as October 25, 2010, Sony produced almost nine thousand five hundred (9,500) additional pages.

3.  Among other impediments, the nature of such production has made it impossible for Plaintiffs to adequately prepare for deposition of Sony's witnesses. Insofar as Fed. R. Civ. P. 30(b)(6) deponents are usually produced only once, Plaintiffs have previously been reluctant to conduct such depositions until such time that they are certain that all documents that might be useful as exhibits in those depositions have been produced and reviewed. However, given the current pending deadline, Plaintiffs had no choice but to notice up the deposition of Sony's Rule 30(b)(6) witness(es) for December 20, 2010. Sony however, refused to make a 30(b)(6) witness available on that date and only offered the day before Christmas Eve as the only firm alternative date in December.

4.  Additionally, after requesting and receiving an extension of time to respond to Plaintiffs' discovery to ABC Warehouse, ABC Warehouse recently provided Plaintiffs with responses in which it: 1) failed to provide any substantive response to the interrogatories;[1] 2) was unable to " truthfully admit or deny" all of Plaintiffs' requests for admission; and 3) has not yet

---

[1] The only interrogatory response with a semblance of fact was one in which ABC indicated that it has not yet determined which witnesses it will call at trial.

2

produced any documents.[2]  Moreover, ABC has indicated that the parties will need to enter into a protective order to receive responses to certain discovery requests, which will also take additional time to negotiate, draft, and receive court approval for.

5. Pursuant to Local Rule 7.1(a), there was a conference between attorneys or unrepresented parties and other persons entitled to be heard on the motion in which the movant explained the nature of the motion or request and its legal basis and requested but did not obtain concurrence in the relief sought.

Based on the foregoing, Plaintiffs respectfully request that the Court extend the fact discovery cut-off date by 90 days, up and until April 20, 2011.  A proposed order is submitted with this motion.

Respectfully Submitted,

By: /s/ Lance A. Raphael

| Dani K. Liblang | Alan Mansfield | Lance A. Raphael |
| --- | --- | --- |
| LIBLANG & ASSOCIATES | CONSUMER LAW GROUP | THE CONSUMER |
| 346 Park Street, Suite 200 | OF CALIFORNIA | ADVOCACY CENTER, P.C. |
| Birmingham, Michigan 48009 | 9466 Black Mountain Road | 180 West Washington |
|  | Suite 225 | Suite 700 |
|  | San Diego, California 92126 | Chicago, Illinois  60602 |

| Darren T. Kaplan | Brian S. Kabateck |
| --- | --- |
| CHITWOOD HARLEY | KABATECK BROWN |
| HARNES LLP | KELLNER LLP |
| 1230 Peachtree Street, NE, | 644 South Figueroa Street |
| Suite 2300 | Los Angeles, CA 90071 |
| Atlanta, GA 30309 |  |

---

[2]  ABC has promised to supplement its responses but the agreement between the parties for an extension of time to respond to the discovery demands did not contemplate a non-substantive response by ABC following the extension.

## **CERTIFICATE OF SERVICE**

I certify that on December 20, 2010, I electronically filed the foregoing ***Plaintiffs' Amended Motion to Extend the Fact Discovery Cut-Off Date*** with the Clerk of Court using the ECF system that will send notification of such filing to all attorneys of record.

Respectfully Submitted,

/s/ Lance A. Raphael
Lance A. Raphael
The Consumer Advocacy Center, P.C.
180 W. Washington St., Ste 700
Chicago, IL 60602
Tel: (312) 782-5808
Email: lance@caclawyers.com