UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DATE, JR. AND ELLIOT
HANDLER.
Individually and On Behalf of All Others
Similarly Situated,

        Plaintiff,

vs.

SONY ELECTRONICS, INC. and ABC
APPLIANCE, INC., d/b/a ABC
WAREHOUSE,

        Defendants.

Case No. 07-CV-15474

Honorable Paul D. Borman

Magistrate Judge R. Steven Whalen

---

| MILLER, CANFIELD, PADDOCK & STONE, PLC | CHITWOOD HARLEY HARNES LLP |
|---|---|
| Attorneys for Defendants | Attorneys for Plaintiff |
| Clarence L. Pozza Jr. (P24168) | Darren T. Kaplan (*pro hac vice*) |
| Thomas W. Cranmer (P25252) | 1230 Peach Street, NE |
| Robert J. Wierenga (P59785) | 2300 Promenade II |
| Kimberly K. Kefalas (P64949) | Atlanta, GA 30309 |
| 150 West Jefferson, Suite 2500 | Telephone: (404) 873-3900 |
| Detroit, MI 48226-4415 | Facsimile: (404) 876-4476 |
| Telephone: (313) 496-7756 | Dkaplan@chitwoodlaw.com |
| wierenga@millercanfield.com | |

## STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

On January 3, 2011, plaintiffs filed two motions: a motion for class certification against defendant Sony Electronics, Inc., and a motion for class certification against defendant ABC Appliance, Inc. In light of the importance of these motions and the complexity of the issues raised therein, the parties hereby stipulate and agree to, and respectfully request that the Court

adopt, the following modifications to this Court's rules on the timing and length of the parties' opposition and reply briefs:

1.  The time for defendants to file their oppositions to plaintiffs' motions shall be extended by three weeks, to February 14, 2011.

2.  The time for plaintiffs to file reply papers in support of their motions shall also be extended by three weeks, to March 14, 2011.

3.  The page limit on defendants' opposition briefs shall not be increased.

4.  The page limit on plaintiffs' reply briefs shall not be increased.

The parties believe that these adjustments to the Court's rules will best permit the parties to provide the Court with briefing that assists the Court in resolving plaintiffs' motions.

Respectfully submitted,

| s/Robert J. Wierenga | s/Darren T. Kaplan |
|---|---|
| MILLER, CANFIELD, PADDOCK & STONE, PLC<br>Clarence L. Pozza Jr. (P24168)<br>Thomas W. Cranmer (P25252)<br>Robert J. Wierenga (P59785)<br>Kimberly K. Kefalas (P64949)<br>150 West Jefferson, Suite 2500<br>Detroit, MI 48226-4415<br>Telephone: (313) 496-7756<br>wierenga@millercanfield.com<br><br>Attorneys for Defendants | CHITWOOD HARLEY HARNES LLP<br>Darren T. Kaplan (*pro hac vice*)<br>1230 Peach Street, NE<br>2300 Promenade II<br>Atlanta, GA 30309<br>Telephone: (404) 873-3900<br>Dkaplan@chitwoodlaw.com<br><br>Attorneys for Plaintiff |

Date: January 11, 2011

## **ORDER**

Good cause appearing, the Court hereby ORDERS as follows:

1. The time for defendants to file their oppositions to plaintiffs' motions is extended by three weeks, to February 14, 2011.

2. The time for plaintiffs to file reply papers in support of their motions is also extended by three weeks, to March 14, 2011.

3. The page limit on defendants' opposition briefs shall not be increased.

4. The page limit on plaintiffs' reply briefs shall not be increased.

Date: JAN 12, 2011
Detroit, Michigan

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

18,713,492.1\140018-00001