UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DATE, JR. AND ELLIOT HANDLER.
Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

SONY ELECTRONICS, INC. and ABC APPLIANCE, INC., d/b/a ABC WAREHOUSE,

    Defendants.

Case No. 07-CV-15474

Honorable Paul D. Borman

Magistrate Judge R. Steven Whalen

---

| MILLER, CANFIELD, PADDOCK & STONE, PLC | CHITWOOD HARLEY HARNES LLP |
|---|---|
| Attorneys for Defendants | Attorneys for Plaintiff |
| Clarence L. Pozza Jr. (P24168) | Darren T. Kaplan (*pro hac vice*) |
| Thomas W. Cranmer (P25252) | 1230 Peach Street, NE |
| Robert J. Wierenga (P59785) | 2300 Promenade II |
| Kimberly K. Kefalas (P64949) | Atlanta, GA 30309 |
| 150 West Jefferson, Suite 2500 | Telephone: (404) 873-3900 |
| Detroit, MI 48226-4415 | Facsimile: (404) 876-4476 |
| Telephone: (313) 496-7756 | Dkaplan@chitwoodlaw.com |
| wierenga@millercanfield.com | |

---

## [proposed] ORDER GRANTING SONY ELECTRONICS, INC'S EX PARTE MOTION FOR LEAVE TO FILE EXHIBITS IN THE TRADITIONAL MANNER

Upon motion of Defendant Sony Electronics Inc., and for the reasons stated therein, this Court hereby GRANTS Sony's motion to file three of its exhibits to its forthcoming Opposition to plaintiffs' motion for class certification, SONY 0642189, SONY 0642190 and SONY 0642759, in the traditional manner.

IT IS SO ORDERED.

Case 2:07-cv-15474-PDB-RSW   Document 171   Filed 02/03/11   Page 2 of 2

s/_Paul D. Borman_
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Date: 2-3 , 2011
Detroit, Michigan