UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DAVID DATE et al.,

      Plaintiffs,                           CASE NO. 07-15474

-vs-                                       HON. PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE
SONY ELECTRONICS et al.,

      Defendants.
_____/

## ORDER TO STRIKE

The clerk of the Court has accepted for filing the pleading named below. Upon review, however, the Court has determined that the pleading **does not** conform with the Federal Rules of Civil Procedure or the Local Rules of the Eastern District of Michigan, and therefore, the paper is stricken.

DATE PAPER(S) ACCEPTED FOR FILING: **February 21, 2011**

TITLE OF PAPER(S): Defendants' opposition to plaintiffs' motion to modify scheduling order (Pleading No. 194.)

REASON FOR STRIKING PAPER(S): LR 5.1 (a)(3)

    **(3) Type Size.** Except for standard preprinted forms that are in general use, type size of all text and footnotes must be no smaller than 10 characters per inch (non-proportional) or 12 point (proportional).

                                                 S/Paul D. Borman
                                                 PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: March 14, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 14, 2011.

S/Denise Goodine<br>
Case Manager