UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DATE, JR. and ELLIOT
HANDLER, Individually and On Behalf of All
Others Similarly Situated,

       Plaintiffs,

vs.

SONY ELECTRONICS, INC. and ABC
APPLIANCE, INC. d/b/a ABC
WAREHOUSE,

       Defendants.

Case No. 07-CV-15474

Honorable Paul D. Borman
Magistrate Judge R. Steven Whalen

_____

## ORDER (I) GRANTING PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER AND (II) SETTING HEARING ON DISCOVERY DISPUTES BEFORE CHIEF MAGISTRATE JUDGE R. STEVEN WHALEN ON APRIL 5, 2011 AT 10:00 A.M.

(I)    GOOD CAUSE appearing, Plaintiffs' *Motion to Modify the Scheduling Order* is GRANTED. It is hereby ORDERED :

1. Close of fact discovery: June 20, 2011;
2. Plaintiffs' merit expert report deadline: July 15, 2011;
3. Defendants' merit expert report deadline: August 8, 2011
4. Plaintiffs' rebuttal expert report deadline: September 16, 2011
5. Close of expert discovery: October 4, 2011
6. Dispositive motion deadline: November 1, 2011; Response due November 15, 2011; Reply due November 22, 2011; Hearing TBD
7. Final pretrial order due and final pretrial conference: TBD
8. Deadlines for Motions in Limine: TBD
9. Trial date: TBD.

(II)    ORDER setting hearing before Chief Judge Magistrate Judge R. Steven Whalen on

   April 5, 2011 at 10:00 a.m.    to deal with:

    A. Plaintiffs' claims regarding Defendants' document production responses, See Fed.R.Civ.P 34.

      B.  Deposition scheduling, Fed.R.Civ.P 30

<u>S/Paul D. Borman</u>
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: March 16, 2011

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 16, 2011.

<u>S/Denise Goodine</u>
Case Manager