UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DATE, JR. and ELLIOT
HANDLER, Individually and On Behalf of All
Others Similarly Situated,

        Plaintiffs,                             Case No. 07-CV-15474

vs.                                            Honorable Paul D. Borman
                                             Magistrate Judge R. Steven Whalen

SONY ELECTRONICS, INC. and ABC
APPLIANCE, INC. d/b/a ABC
WAREHOUSE,

        Defendants.

_____

**ORDER (I) GRANTING PLAINTIFFS' MOTION
TO MODIFY THE SCHEDULING ORDER AND (II) SETTING HEARING ON
DISCOVERY DISPUTES BEFORE CHIEF MAGISTRATE JUDGE R. STEVEN
WHALEN ON APRIL 5, 2011 AT 10:00 A.M.**

(I)       GOOD CAUSE appearing, Plaintiffs' *Motion to Modify the Scheduling Order* is GRANTED. It is hereby ORDERED :

1. Close of fact discovery: June 20, 2011;
2. Plaintiffs' merit expert report deadline: July 15, 2011;
3. Defendants' merit expert report deadline: August 8, 2011
4. Plaintiffs' rebuttal expert report deadline: September 16, 2011
5. Close of expert discovery: October 4, 2011
6. Dispositive motion deadline: November 1, 2011; Response due November 15, 2011; Reply due November 22, 2011; Hearing TBD
7. Final pretrial order due and final pretrial conference: TBD
8. Deadlines for Motions in Limine: TBD
9. Trial date: TBD.

(II)      ORDER setting hearing before Chief Judge Magistrate Judge R. Steven Whalen on

  April 5, 2011 at 10:00 a.m.         to deal with:

      A.   Plaintiffs' claims regarding Defendants' document production responses, See Fed.R.Civ.P 34.

    B. Deposition scheduling, Fed.R.Civ.P 30

S/Paul D. Borman  
PAUL D. BORMAN  
UNITED STATES DISTRICT JUDGE

Dated: March 16, 2011

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 16, 2011.

S/Denise Goodine  
Case Manager
