UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DATE, JR. and ELLIOT HANDLER, Individually and On Behalf of All Others Similarly Situated,

        Plaintiffs,

vs.

SONY ELECTRONICS, INC. and ABC APPLIANCE, INC. d/b/a ABC WAREHOUSE,

        Defendants.

Case No. 07-CV-15474

Honorable Paul D. Borman
Magistrate Judge R. Steven Whalen

## ORDER GRANTING PLAINTIFFS' AGREED MOTION TO MODIFY THE SCHEDULING ORDER

GOOD CAUSE appearing, *Plaintiffs' Agreed Motion to Modify the Scheduling Order* is GRANTED. It is hereby ORDERED:

1. Close of fact discovery: August 19, 2011;
2. Plaintiffs' merit expert report deadline: September 13, 2011;
3. Defendants' merit expert report deadline: October 7, 2011;
4. Plaintiffs' rebuttal expert report deadline: November 15, 2011;
5. Close of expert discovery: December 5, 2011;
6. Dispositive motion deadline: January 2, 2012; Response due January 16, 2012; Reply due January 23, 2012; Hearing TBD;
7. Final pretrial order due and final pretrial conference: TBD;
8. Deadlines for Motions in Limine: TBD;
9. Trial date: TBD.

*[signature]*

Hon. Paul D. Borman
United States District Court Judge