UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID DATE, JR., and ELLIOT HANDLER, Individually and On Behalf of All Others Similarly Situated,<br>      Plaintiffs,<br>vs.<br><br>SONY ELECTRONICS, INC. and ABC APPLIANCE, INC., d/b/a ABC WAREHOUSE,<br>      Defendants. | Case No. 07-CV-15474<br><br>Honorable Paul D. Borman<br>Magistrate Judge R. Steven Whalen<br><br>**STIPULATION OF DISMISSAL** |

*Counsel for Plaintiffs:*
Dani K. Liblang (P33713)
LIBLANG & ASSOCIATES
346 Park St., Suite 200
Birmingham, Michigan 48009
(248) 540-9270
danil@lemonlawyers.com

Lance A. Raphael (IL 6216730)
CONSUMER ADVOCACY CENTER, P.C.
180 West Washington, Suite 700
Chicago, Illinois 60602
(312) 782-5808
lance@caclawyers.com

Alan Mansfield (CA 125988)
CONSUMER LAW GROUP OF CALIFORNIA
9466 Black Mountain Rd., Suite 225
San Diego, CA 92126
(619) 308-5034
alan@clgca.com

Brian S. Kabateck (CA 152054)
KABATECK BROWN KELLNER LLP
644 S. Figueroa St.
Los Angeles, CA 90071
(213) 217-5000
bsk@kbklawyers.com

Darren T. Kaplan (NY 2447381)
CHITWOOD HARLEY HARNES LLP
1230 Peachtree, NE, Suite 2300
Atlanta, GA 30309
(888) 873-3999
dkaplan@chitwoodlaw.com

*Counsel for Defendants:*
Clarence L. Pozza Jr. (P24168)
Thomas W. Cranmer (P25252)
Robert J. Wierenga (P59785)
Kimberly K. Kefalas (P64949)
MILLER, CANFIELD, PADDOCK AND STONE, PLC
150 W. Jefferson Suite 2500,
Detroit, Michigan 48226-4415
(313) 963-6420
pozza@millercanfield.com
cranmer@millercanfield.com
wierenga@millercanfield.com
kefalas@millercanfield.com

1

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by ELLIOT HANDLER, SONY ELECTRONICS, INC. AND ABC APPLIANCE, INC. that each and every claim plead by Elliot Handler in the above referenced matter shall be dismissed WITH PREJUDICE, each party to bear their own costs.

Respectfully submitted,

| s/Robert J. Wierenga | s/Darren T. Kaplan (with permission) |
|---|---|
| MILLER, CANFIELD, PADDOCK & STONE, PLC<br>Clarence L. Pozza Jr. (P24168)<br>Thomas W. Cranmer (P25252)<br>Robert J. Wierenga (P59785)<br>Kimberly K. Kefalas (P64949)<br>Attorneys for Defendants SONY ELECTRONICS, INC. and ABC APPLIANCE, INC.<br>150 West Jefferson, Suite 2500<br>Detroit, MI 48226-4415<br>Telephone: (313) 496-7756<br>pozza@millercanfield.com | CHITWOOD HARLEY HARNES LLP<br>Darren T. Kaplan (*pro hac vice*)<br>1230 Peach Street, NE<br>2300 Promenade II<br>Atlanta, GA 30309<br>Telephone: (404) 873-3900<br>Dkaplan@chitwoodlaw.com<br><br>KABATECK BROWN KELLNER LLP<br>Brian S. Kabateck<br>Richard L. Kellner,<br>Alfredo Torrijos<br>644 South Figueroa Street<br>Los Angeles, CA 90017<br>Telephone: (213) 217-5000<br>rlk@kbklawyers.com<br><br>Attorneys for Plaintiff Elliot Handler |

Date: July 18, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID DATE, JR., and ELLIOT HANDLER, Individually and On Behalf of All Others Similarly Situated,<br>　　　　Plaintiffs,<br>vs.<br><br>SONY ELECTRONICS, INC. and ABC APPLIANCE, INC., d/b/a ABC WAREHOUSE,<br>　　　　Defendants. | Case No. 07-CV-15474<br><br>Honorable Paul D. Borman<br>Magistrate Judge R. Steven Whalen<br><br><br>**ORDER OF DISMISSAL** |

*Counsel for Plaintiffs:*

Dani K. Liblang (P33713)
LIBLANG & ASSOCIATES
346 Park St., Suite 200
Birmingham, Michigan 48009
(248) 540-9270
danil@lemonlawyers.com

Brian S. Kabateck (CA 152054)
KABATECK BROWN KELLNER LLP
644 S. Figueroa St.
Los Angeles, CA 90071
(213) 217-5000
bsk@kbklawyers.com

Lance A. Raphael (IL 6216730)
CONSUMER ADVOCACY CENTER, P.C.
180 West Washington, Suite 700
Chicago, Illinois 60602
(312) 782-5808
lance@caclawyers.com

Darren T. Kaplan (NY 2447381)
CHITWOOD HARLEY HARNES LLP
1230 Peachtree, NE, Suite 2300
Atlanta, GA 30309
(888) 873-3999
dkaplan@chitwoodlaw.com

Alan Mansfield (CA 125988)
CONSUMER LAW GROUP OF CALIFORNIA
9466 Black Mountain Rd., Suite 225
San Diego, CA 92126
(619) 308-5034
alan@clgca.com

*Counsel for Defendants:*
Clarence L. Pozza Jr. (P24168)
Thomas W. Cranmer (P25252)
Robert J. Wierenga (P59785)
Kimberly K. Kefalas (P64949)
MILLER, CANFIELD, PADDOCK AND STONE, PLC
150 W. Jefferson Suite 2500,
Detroit, Michigan 48226-4415
(313) 963-6420
pozza@millercanfield.com
cranmer@millercanfield.com
wierenga@millercanfield.com
kefalas@millercanfield.com

3

## ORDER

Upon stipulation of the parties and the Court being apprised in the circumstances:

It is HEREBY ORDERED THAT all claims pled in the above referenced matter by Elliot Handler against defendants Sony Electronics Inc. and ABC Appliance Inc. shall be dismissed WITH PREJUDICE, each party to bear their own costs.

So Ordered.

Date: July 18, 2011  
Detroit, Michigan

_____  
PAUL D. BORMAN  
UNITED STATES DISTRICT JUDGE