UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DATE JR.,
Individually and On Behalf of All
Others Similarly Situated,

    Plaintiff,

v.

SONY ELECTRONICS, INC., and
ABC APPLIANCE, INC. d/b/a ABC
WAREHOUSE,

    Defendant.
_____/

Case No. 07-cv-15474

Paul D. Borman
United States District Judge

R. Steven Whalen
United States Magistrate Judge

ORDER REQUIRING SUPPLEMENTAL BRIEFING

On July 18, 2011, Plaintiff Elliot Handler dismissed with prejudice all of his claims in this action against Sony Electronics, Inc. and ABC Warehouse. (Dkt. No. 207, Stipulation of Dismissal.) The Court hereby orders the remaining parties to the action to file, on or before August 11, 2011, supplemental briefs, up to five (5) pages in length for each party, indicating to the Court how, if at all, the Handler settlement affects the posture of the case in general and specifically the parties' previously-filed arguments on the issue of class certification.

IT IS SO ORDERED.

PAUL D. BORMAN
UNITED STATES DISTRICT COURT

Dated: 7-21-11