UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DATE JR.,
Individually and On Behalf of All
Others Similarly Situated,

               Plaintiff,

v.

SONY ELECTRONICS, INC., and
ABC APPLIANCE, INC. d/b/a ABC
WAREHOUSE,

               Defendant.
_____/

Case No. 07-cv-15474

Paul D. Borman
United States District Judge

R. Steven Whalen
United States Magistrate Judge

## ORDER GRANTING IN PART PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER (DKT. NO. 221) AND GRANTING A LIMITED EXTENSION OF DISCOVERY

On August 18, 2011, Plaintiff filed a Motion Modifying His Prior Request to "Generally" Extend Discovery and Cut-Off and Scheduling Order Based Upon Subsequent Meetings Between the Parties. (Dkt. No. 221.) Defendants filed a response. (Dkt. No. 238.) Based on the agreement of the parties set forth in the motion and response, the Court Orders:

(1) an extension of discovery closure and corresponding schedule for the purpose of completing Mr. Arvanitis's deposition; and

(2) an extension of the discovery closure and corresponding schedule for the parties to be provided a further opportunity to meet and confer regarding already issued discovery under Rule

1

37.2, to be had within 30 days of the completion of the Arvanitis deposition, and upon completion of the parties' Rule 37.2 compromises, Plaintiff will have 30 days to file discovery motions that relate to such previously-issued discovery.

IT IS SO ORDERED.

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:   9-13-11

2