UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

David Date, Jr, et al.,

                Plaintiff(s),

v.                                             Case No. 2:07−cv−15474−PDB−RSW
                                                   Hon. Paul D. Borman

Sony Electronics, Incorporated,
et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Paul D. Borman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  The following motion(s) are scheduled for hearing:

        Motion to Certify Class − #165
        Motion to Certify Class − #167

- MOTION HEARING:  November 9, 2011 at 03:30 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/D. Goodine
                                   Case Manager

Dated:   September 13, 2011