**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DAVID DATE, JR.,

        Plaintiff,                       Case No. 2:07-cv-15474-PDB-RSW

v.                                      Hon. Paul D. Borman

SONY ELECTRONICS INC. and ABC
APPLIANCE, INC. d/b/a ABC
WAREHOUSE,

        Defendants.

---

## NOTICE OF CHANGE OF FIRM AFFILIATION

Please take notice that the following attorneys for Defendants Sony Electronics Inc. and

ABC Appliance, Inc., d/b/a ABC Warehouse are now affiliated with Schiff Hardin LLP:

Robert J. Wierenga and Kimberly K. Kefalas.

We respectfully request that any notice, orders and/or other information transmitted from the

Court to the parties be sent to the above-named attorneys at the following address:

> **SCHIFF HARDIN LLP**
> **Robert J. Wierenga**
> **Kimberly K. Kefalas**
> **350 S. Main Street, Suite 210**
> **Ann Arbor, MI  48104**

We also respectfully request that any notices, pleadings and/or other documents served by

any party to this lawsuit be properly served on the above-named attorneys.

Respectfully submitted,

SCHIFF HARDIN LLP

By:   s/Robert J. Wierenga
              Robert J. Wierenga
              Kimberly K. Kefalas
              350 S. Main St., Suite 210
              Ann Arbor, MI  48104
              (734) 222-1500

rwierenga@schiffhardin.com
kkefalas@schiffhardin.com

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 6, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

By:    <u>s/Robert J. Wierenga</u>
        Robert J. Wierenga
        350 S. Main St., Suite 210
        Ann Arbor, MI  48104
        (734) 222-1500
        rwierenga@schiffhardin.com
        Attorney Bar Number P59785

AA\200024382.1\02.02.12 05:32